No. 62887.—Frank P. Dow Co., Inc. v. United States, protest 58/16159 (San Francisco).

Opinion by OLIVER, C. J.   At the trial, it was established that the merchandise is properly dutiable, as claimed.   The protest was sustained accordingly.